1 **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,  ) Case No. 08MJ8620
                              )
11 |        Plaintiff,          )
                              )
12 | v.                         ) **NOTICE OF APPEARANCE**
                              )
13 | ALBERTO RADAMES GARCIA-JIMENEZ, )
                              )
14 |        Defendant.          )
                              )
15 | _____ )

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

17 R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                         Respectfully submitted,

20

21 Dated: July 30, 2008          /s/  *Robert R. Henssler, Jr.*
                                 **ROBERT R. HENSSLER, JR.**
22                               Federal Defenders of San Diego, Inc.
                                 Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 30, 2008              */s/ Robert R. Henssler, Jr.*
                                  **ROBERT R. HENSSLER, JR.**
                                  Federal Defenders of San Diego, Inc.
                                  Robert_Henssler@fd.org